IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01654-RPM-BNB

AT THE BEACH, INC.,

    Plaintiffs,

v.

COLLECTION SERVICE SOLUTIONS, L.L.C.,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Upon review of the pleadings in this matter and this Court's case management procedures, it is

ORDERED that the Order of Reference to Magistrate Judge Boyd N. Boland issued by this Court on July 15, 2009, is vacated.

DATED: July 16th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge