IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:            July 24, 2009
Courtroom Deputy: LaDonne Bush
ECR Technician:    Kathy Terasaki

---

Civil Action No. 09-cv-01654-RPM

| | |
|---|---|
| AT THE BEACH, INC., an Oklahoma corporation, | Michael Carrigan<br>Richard Ogden<br>Brooke H. McCarthy |
|      Plaintiff, | Trevor Pemberton |
| v. | |
| COLLECTION SERVICE SOLUTIONS, L.L.C., a Colorado limited liability company, | Gary Davenport |
|      Defendant. | |

---

### COURTROOM MINUTES

---

Hearing on Motion for Temporary Restraining Order and Preliminary Injunctive Relief

9:56 a.m.      Court in session.

Preliminary remarks by the Court.

**ORDERED**: Because the Stipulated Motion for Entry of Preliminary Injunction was filed on July 24, 2009, the Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 3) is moot.

Mr. Carrigan, Mr. Ogden and Mr. Davenport answer the Court's questions regarding the contract, form of stipulated preliminary injunction, trust account, and other matters.

**ORDERED**: Stipulated Motion for Entry of Preliminary Injunction (Doc. 12) is granted.

Court signs the Stipulated Preliminary Injunction.

Counsel state that they anticipate the case will proceed in the ordinary course and an answer will be filed.

10:14 a.m.    Court in recess.

Hearing concluded.
Time: 00:18