IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01654-RPM

AT THE BEACH, INC., an Oklahoma corporation,

     Plaintiffs,

v.

COLLECTION SERVICE SOLUTIONS, L.L.C., a Colorado limited liability company,

     Defendant.

---

ORDER ON DEFENDANT AND PLAINTIFF'S MOTIONS TO AMEND

---

After review of Defendant's Motion to Amend Answer and Counterclaims, filed January 8, 2010 [28] and Plaintiff's Motion to Amend First Amended Complaint, filed January 8, 2010 [29], it is

ORDERED that the motions [28] and [29] are granted and it is

FURTHER ORDERED that defendant's attached Answer to Plaintiff's First Amended Complaint & Amended Counterclaims [28-2] and plaintiff's Second Amended Complaint [30] are accepted for filing the date of this order.

Dated: January 15th , 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge