IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01654-RPM

AT THE BEACH, INC.,

    Plaintiffs,

v.

COLLECTION SERVICE SOLUTIONS, L.L.C.,

    Defendant.

---

### ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: February 16th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____

.               Richard P. Matsch, Senior District Judge