IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                  Senior District Judge Richard P. Matsch

Date:                June 30, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 09-cv-01654-RPM

AT THE BEACH, INC.,                                          Michael J. Carrigan

       Plaintiff,

v.

COLLECTION SERVICES SOLUTIONS, L.L.C.,                       Jeffrey I. Sandman
                                                             Gary C. Davenport
       Defendant.
_____

                              **COURTROOM MINUTES**
_____

**Hearing on Motion to Modify Stipulated Preliminary Injunction**

**2:00 p.m.        Court in session.**

Jeff Klemann present as corporate representative for plaintiff.

Court's preliminary remarks.

2:02 p.m.          Argument by Mr. Carrigan.

2:03 p.m.          Statements by Mr. Sandman.

Mr. Sandman states the parties have reached a stipulation resolving the dispute.

Defendant's corporate representatives Jerold Lovett and Patricia Meyer (Russell Richardson - in-house counsel not present) answer questions asked by the Court.

Mr. Sandman and Mr. Carrigan answer questions asked by the Court.

Counsel and clients requests time to confer regarding proposed stipulation.

**2:25 p.m.        Court in recess.**
**3:43 p.m.        Court in session.**

Court states its read the proposed modified order that was submitted.

June 30, 2010
09-cv-01654-RPM

Court states its concerns regarding the proposed agreement.

Discussion between Court and counsel regarding proposed agreement.

Ms. Meyer and Mr. Lovett answer further questions asked by the Court regarding representation and the proposed agreement.
Ms. Meyer and Mr. Lovett state they agree to the proposed agreement and to the motion to withdraw and inform the Court that they are attempting to obtain new counsel.

Court instructs Mr. Carrigan to advise Mr. Ogden that he can no longer act as an advocate in this case.

**ORDERED:** **Expedited Motion to Modify Stipulated Preliminary Injunction, or in the Alternative Request for Hearing on Citation for Contempt, filed June 20, 2010 [40], is granted with respect to the modification and denied with respect to the hearing for citation.**

**ORDERED:** **Agreed Order to Modify Stipulated Preliminary Injunction approved.**

**ORDERED:** **Motion for Leave to Withdraw, filed June 29, 2010 [42], is granted.**

**3:55 p.m. Court in recess.**

Hearing concluded. Total time: 37 min.