IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01654-RPM

AT THE BEACH, INC.,

    Plaintiffs,

v.

COLLECTION SERVICE SOLUTIONS, L.L.C.,

    Defendant.

---

ORDER DENYING PLAINTIFF'S EXPEDITED MOTION TO AMEND AGREED ORDER

---

    Upon consideration of the Plaintiff's Expedited Motion to Amend the Agreed Order to Modify Stipulated Preliminary Injunction [45], providing for substitution of Jeff Klemann for Richard C. Ogden as the person to receive payments and upon consideration of the statements of Jerold Lovett and Patricia Meyer at the hearing on June 30, 2010, concerning Richard Ogden and the intention to designate him as a witness in this case, it is

    ORDERED that the motion is denied.

    Dated: July 2, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch

    .                                Richard P. Matsch, Senior District Judge