IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01654-RPM-BNB

AT THE BEACH, INC.,
an Oklahoma corporation,

      Plaintiff,

v.

COLLECTION SERVICE SOLUTIONS, L.L.C.,
a Colorado limited liability company,

      Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

The plaintiff At the Beach's Motion for Partial Summary Judgment seeks to separately determine entitlement to all funds held in the Trust Account under the Stipulated Preliminary Injunction as modified, all payments received on returned customer accounts because they were allegedly returned "inactive," and losses from alleged unauthorized settlements.  The issues raised are not separable from the other issues in this case, including defendant Collection Service Solutions, LLC's counterclaims.   It is therefore

ORDERED that At the Beach's Motion for Partial Summary Judgment is denied.

DATED: December 7, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge